COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Frederick Manuel v. The State of Texas

Appellate case number:  01-14-00107-CR

Trial court case number:  D-1-DC-13-904096

Trial court:            331st District Court of Travis County

On July 9, 2014, the court reporter, Raquel Kocher, filed a request for extension of time to file the reporter's record. The request is **DENIED**.

The record was originally due on February 3, 2014. On April 1, 2014, we issued an order for the reporter's record to be filed within 30 days. To date, the record is not on file. Due to the age of this appeal, the court reporter is **ORDERED** to file the reporter's record on or before July 31, 2014. If the record is not filed by July 31, 2014, we may require the court reporter to appear and show cause why the record has not been filed.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    X  Acting individually    ☐ Acting for the Court

Date: July 10, 2014